AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

JOHN THOMAS KIZZIAR,

           Petitioner,           JUDGMENT IN A CIVIL CASE

  V.

                              CASE NUMBER: **3:10-CV-00573-ECR-VPC**

ROBERT LEGRAND, et al.,

           Respondents.


___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as untimely.


   _January 25, 2011_                      **LANCE S. WILSON**
                                               Clerk


                                         _/s/ Katie Lynn Ogden_
                                         Deputy Clerk